IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

MICHAEL WELCH                                                    PLAINTIFF

v.                           No. 4:19-cv-303-DPM

SAFECO INSURANCE
COMPANY OF ILLINOIS                                              DEFENDANT

## JUDGMENT

Welch's complaint is dismissed with prejudice.

*D.P. Marshall Jr.*
United States District Judge

2 April 2020